UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sarah Blanchette</u>

    v.                         Case No. 05-cv-183-SM

<u>Saint Anselm College</u>

<u>ORDER</u>

Re: Document No. 8, Proposed Discovery Plan

Ruling: Approved and adopted as a pretrial scheduling order. Trial: September 2006. Pretrial conference is cancelled; the parties differ with respect to whether a pretrial conference at this early stage would prove useful, the only issue being suitability of mediation. The parties are urged to arrange for mediation within 90 days. If they cannot do so they shall, after 90 days, advise the court and request a pretrial conference at that time, whereupon the court will consider whether mediation ought to be ordered.

_____
Steven J. McAuliffe
Chief District Judge

Date: August 26, 2005

cc:  Bennett H. Klein, Esq.
     H. Jonathan Meyer, Esq.
     Jennifer L. Levi, Esq.
     David W. McGrath, Esq.
     Sean M. Gorman, Esq.